UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Amy S. Schmitz,

Debtor.

Case No. 16-31833
Judge: GMH
Chapter 13

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Debtor has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before **21 days** after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Kyle R. Knutson
Lombardo Law Office
10919 West Bluemound Road
Suite 200
Milwaukee, WI 53226

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: 414-543-3328
Fax: 414-543-0786

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

   _X_ the Debtor;

   ___ the Chapter 13 Trustee (post-confirmation modifications only);

   ___ the holder of an unsecured claim (Name: ) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. ___ post-confirmation;

   B. _X_ pre-confirmation (Select i. or ii.);

       i. _X_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

       ii. ___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: (*List creditors*)

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Increase the distribution to general unsecured creditors, and increase Debtor's plan payments.

4. The reason(s) for the modification is/are: Debtor needs to increase the distribution to general unsecured creditors in order to comply with the best interests of creditors test. As a result, Debtor also needs to increase her plan payments to compensate and maintain feasibility.

5. Select A. or B.

   A. The Chapter 13 Plan confirmed or last modified on ___, is modified as follows: (*State the specific language of the modification.*)

   B. The unconfirmed Chapter 13 Plan dated December 8, 2016, is modified as follows:

**(1) Plan Payments and Length of Plan.** Debtor will pay the sum of **$611.00 per month** for the remainder of the plan to the Trustee by **[X] Bi-Weekly Payroll Deduction(s)** or by [ ] Direct Payment(s) for the period of **60 months**. The duration of the plan may be less if all allowed claims in every class, other than long-term claims, are paid in full.

**(2)** **Unsecured Claims.** Debtor estimates that the total of general unsecured debt not separately classified in paragraph (b) below is **$48,546.00**. After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of not less than **$12,952.00 or 0%**, whichever is greater.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Kyle R. Knutson, attorney for Debtor(s) Amy Schmitz, certify that I have reviewed the modification proposed above with the Debtor(s), and that the Debtor(s) has/have authorized me to file it with the Court.

_____        _2-10-17_____
Counsel for the Debtor(s)                                   Date

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Dated February 10, 2017 at Wauwatosa, Wisconsin.

                        LOMBARDO LAW OFFICE
                        Attorneys for Amy Schmitz

By: _____
      Attorney Kyle R. Knutson
      State Bar No. 1056402
      Lombardo Law Office
      10919 West Bluemound Road, Suite 200
      Milwaukee, WI 53226
      Tel: (414) 543-3328   Fax: (414) 543-0786
      kknutson@lombardolawoffice.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re: Amy S. Schmitz,

Debtor.

Case No. 16-31833
Judge: GMH
Chapter 13

### CERTIFICATE OF SERVICE

The undersigned, Gabriella Michalec of Lombardo Law Office, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed to the persons mentioned below, at their respective addresses, postage prepaid, by depositing them in the U.S. Mail at Wauwatosa, WI on February 10, 2017:

Amy Schmitz
W319 S1380 STR 83
Delafield, WI 53018

The undersigned, Gabriella Michalec, further certifies that service of the above-referenced documents was made by ECF Notice of Electronic Filing to the following parties:

Rebecca R. Garcia, Chapter 13 Trustee
Office of the United States Trustee

Dated this 10th day of February, 2017.

By: _____
Gabriella Michalec

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: 414-543-3328
Fax: 414-543-0786